# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Diego Lopez**<br>DOB: 1994; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-07375MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Between on or about June 21, 2019 and June 30, 2019, in the District of Arizona, Diego Lopez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a M203 40mm grenade launcher barrel; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 21, 2019, in Nogales, Arizona, Diego Lopez placed an online order for a M203 40mm grenade launcher barrel. Lopez received the directions and funds for this purchase from an individual in Mexico, and purchased the grenade launcher barrel with the intent to provide it to the individual in Mexico. This grenade launcher barrel was shipped to Lopez on approximately June 28, 2019, and was intercepted by law enforcement on July 1, 2019. Pursuant to the directions of the individual in Mexico, Lopez intended to take possession of the grenade launcher barrel and transfer it to another individual in Nogales, Arizona, who would then unlawfully export the grenade launcher barrel into Mexico.

The M203 40mm grenade launcher barrel qualifies as United States Munitions List items, and therefore is prohibited by law for export from the United States into Mexico without a valid license. Neither Lopez nor any other individual had a license or any other lawful authority to export the grenade launcher barrels from the United States into Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent Jacob Boisselle |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>June 24, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54